UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MILKSONGS, W CHAPPELL MUSIC CORP., SEVEN PEAKS MUSIC, BREAKING BENJAMIN MUSIC, BENJAMIN BERGER PUBLISHING, JVKE SONGZ, ZVC SONGZ, PURPLE RABBIT MUSIC, ESSANCY MUSIC GROUP LLC, RANGE MUSIC PARTNERS, PINEAPPLE LASAGNE, KURSTIN MUSIC, WHEN I'M RICH YOU'LL BE MY BITCH, KASZ MONEY PUBLISHING, SECRET MEADOW SONGS, PHENOMENAL NOTHING MUSIC, SONGS OF SOUTHSIDE INDEPENDENT MUSIC PUBLISHING, DANIEL LEONARD NIGRO MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>HAUGO BROADCASTING, INC., CHRISTIAN HAUGO,<br><br>Defendants. | 5:26-CV-05076-RAL<br><br>JUDGMENT OF DISMISSAL |

On November 9, 2026, the parties filed a Stipulation for Dismissal with Prejudice, Doc. 17. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure. It is further

ORDERED, ADJUDGED AND DECREED that the Motion for Limited Intervention, Doc. 10, filed by Jonna Johnson is denied for the reasons explained in the Order on Motion to

Intervene, Doc. 16, such that dismissal of this case with prejudice has no effect on Jonna Johnson's claims to authorship of lyrics to "Hot N Cold," a dispute over which this Court would appear to lack personal jurisdiction of the parties.

DATED this 10th day of November, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE